IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 4:88CV206

| | | |
|---|---|---|
| **BETTY M. TATE, individually and as Executrix of the Estate of Ben J. Tate, Sr., Deceased,** *et al.*, | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| Vs. | ) ) | **O R D E R** |
| **ACandS, INC.,** *et al.*, | ) ) ) | |
| **Defendants.** | ) ) | |

**THIS MATTER** is before the Court upon the Plaintiffs' motion for admission *pro hac vice* of John Herrick, to appear as counsel in this matter, filed June 1, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motion is **ALLOWED**, and John Herrick is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**Signed: June 3, 2005**

Lacy H. Thornburg
United States District Judge