**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION**

**CIVIL NO. 4:88CV206**

| | | |
|---|---|---|
| **BETTY M. TATE, Individually and as Executrix of the Estate of Ben J. Tate, Sr., Deceased,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **Vs.** | ) ) | **ORDER STAYING PROCEEDINGS** |
| **CAREY CANADA, INC.; THE CELOTEX CORPORATION; RAYMARK INDUSTRIES, INC.; and MANVILLE CORP. ASBESTOS DISEASE COMPENSATION FUND,** | ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

**THIS MATTER** is before the Court *sua sponte* for an order staying these proceedings due to the pending bankruptcy of the captioned Defendants.

The parties have advised the Court that all of Plaintiff's claims have been settled with the exception of those claims involving the captioned Defendants. These Defendants are currently involved in bankruptcy proceedings and Plaintiff's claims against those entities will be stayed until such time as the companies are discharged from bankruptcy.

**IT IS, THEREFORE, ORDERED** that this matter is hereby **STAYED** pending completion of bankruptcy proceedings in the United States Bankruptcy Courts.

The Clerk of Court is directed to remove this action as a statistically pending matter as outlined in Volume XI, Chapter V of the *Guide to Judiciary Policies and Procedures.*

Signed: December 28, 2006

Lacy H. Thornburg
United States District Judge